It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ In the Matter of DAVID J. LEE, Appellant, v BREANNA HARRIS, Respondent. [944 NYS2d 713]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered March 9, 2011 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ In the Matter of ARIEL C.W.-H., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTINE W., Appellant. (Appeal No. 1.) [942 NYS2d 847]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered October 26, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ In the Matter of NYASIA W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTINE W., Appellant. (Appeal No. 2.) [942 NYS2d 848]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered October 26, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ NORA OSMON, Respondent, v ISKALO DEVELOPMENT CORPORATION, Defendant, and H&M PLUMBING & MECHANICAL CONTRACTING, INC., Appellant. [942 NYS2d 730]—

Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered September 23, 2010 in a personal injury action. The order, insofar as appealed from, granted that part of the motion of plaintiff to set aside the jury